**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. 05-4003MP |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| FLOYD BEGAY, | ) | |
| Defendant. | ) | |

Based upon defendant's motion and good cause appearing;

**IT IS ORDERED** that the $500.00 criminal fine, the one year period of supervised probation and the conditions of supervision set forth in the defendant's Judgement of Conviction, dated January 7, 2005, are stricken. Defendant's Judgement of Conviction is reaffirmed in all other respects.

**IT IS FURTHER ORDERED** dismissing the Petition to Revoke Probation.

DATED this 11th day of May, 2006.

_____
Mark E. Aspey
United States Magistrate Judge